**Marvin Walter HASKINS,
Plaintiff–Appellant,**

v.

**J. FOX, Sergeant, employed at the Hampton Roads Regional Jail; Sergeant Latham, Defendants–Appellees.**

No. 01–6898.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 25, 2001.

Marvin Walter Haskins, pro se. Samuel Lawrence Dumville, Virginia Beach, VA, for appellees.

Before DIANA GRIBBON MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Marvin Walter Haskins appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Haskins v. Fox,* No. CA–00–210–A (E.D. Va. filed May 14, 2001; entered May 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*